THE STATE, EX REL. PETERSON, APPELLANT, *v.* OHIO ADULT PAROLE AUTHORITY ET AL., APPELLEES.

[Cite as State, ex rel. Peterson, *v.* Ohio Adult Parole Auth. (1989), 44 Ohio St. 3d 141.]

(No. 89-343—Submitted June 6, 1989—Decided July 26, 1989.)

*Samuel Peterson, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Frederick C. Schoch,* for appellees.

The judgment of the court of appeals is affirmed for the reasons stated by that court in its decision.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.